**Geraldine J. NIKRASCH, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2013–3007.

United States Court of Appeals, Federal Circuit.

March 4, 2013.

Before NEWMAN, LOURIE and REYNA, Circuit Judges.

## ORDER

PER CURIAM.

The court considers whether Geraldine J. Nikrasch's petition for review should be dismissed.

This petition stems from an initial decision of the Merit Systems Protection Board ("Board"). Subsequently, Nikrasch filed a petition for review of that decision with both the Board and this court. Because Nikrasch may not simultaneously proceed in both fora, we directed her by order of October 11, 2012, to inform this court within 21 days that she had dismissed her petition at the Board or her petition would be dismissed. Because Nikrasch has not done so, we dismiss. Nikrasch may appeal after the full Board disposes of her pending petition.

Accordingly,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.

(2) Each side shall bear its own costs.